UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton     [X] East St. Louis

[ ] Initial Appearance    [ ] Arraignment    [ ] Change of Plea    [X] Plea to Information

**CRIMINAL NO.** 10-30114-GPM           **DATE:** 7/26/2010
**U.S.A. vs.** CHEVRON COMMERCIAL, INC.    **JUDGE:** Hon. G. Patrick Murphy
    [X] Present   [ ] Custody   [ ] Bond
**DEFT. COUNSEL:** Bill Lucco               **REPORTER:** Molly Clayton
    [X] Present  [ ] Apptd.  [X] Retained  [ ] Waived
**GOVT. COUNSEL:** Norman Smith            **DEPUTY:** Linda McGovern
                                           **Start Time:** 2:45 PM **End Time:** 3:00 PM

**[X] Defendant corporation appears by BILLY CUNAGIN, is sworn, and submits Exhibit "A," Certificate of President of Chevron Commercial Inc., authorizing him to appear and enter plea on behalf of corporation.**
**[X] Defendant waives reading of Indictment.**    [ ] Indictment read to defendant
[ ] Indictment waived    [ ] Waiver, Consent and Information Filed _____ Counts
**[X] Defendant advised of constitutional rights.    [X] Defendant advised of charges and penalties.**
[ ] Defendant arraigned on [ ] Indictment    [ ] Information
[ ] Defendant withdraws plea of _____ as to count(s) _____.
**[X] Plea:**    **[X] Guilty as to Information**.
        [ ] Not Guilty as to Count(s) _____.
        [ ] Nolo Contendere as to Count(s) _____.
[ ] No Plea Agreement    **[X] Plea Agreement**    [ ] Oral    [X] Written
**[X] Court accepts plea of guilty and adjudges defendant guilty**.
[ ] Order for Pretrial Discovery and Inspections entered, filed and distributed.
[ ] Final pretrial conference set _____ at _____ before Judge _____ in East St. Louis, IL
[ ] Jury Trial set for _____ at _____ before Judge Murphy in East St. Louis, IL
[ ] Bond set at _____ secured/unsecured. (See below for terms & conditions).
[ ] Detention hearing set for _____ at _____ before Judge _____ in East St. Louis, IL
[ ] Matter referred to U.S. Probation for pre-sentence investigation and report.
**[X] Defendant waives pre-sentence investigation. Court FINDS it serves the interest of justice to forego a PSR.**
**[X] Disposition set for** 7/26/2010 **at** 3:00 PM **in** E. St. Louis, IL
[ ] Bond    [ ] Continued    [ ] Changed/Amended
[ ] Defendant remanded to custody of U.S. Marshal
[ ] Order of Detention previously entered to remain in full force and effect.

[ ] Date of arrest _____
**\*\*\* No further notice will be given\*\*\***